# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFF AND ROBYN YALIAN,<br>　　　　Plaintiff,<br><br>　　v.<br><br>EOS CCA<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 4:13-cv-11428-TSH**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Andrew M. Schneiderman* | */s/ Craig Thor Kimmel* |
| Andrew M. Schneiderman, Esquire | Craig Thor Kimmel, Esquire |
| BBO #666252 | BBO# 662924 |
| Hinshaw & Culbertson, LLP | Kimmel & Silverman, P.C. |
| 28 State Street, 24th Floor | 30 E. Butler Pike |
| Boston, MA 02109 | Ambler, PA 19002 |
| Phone: (617) 213-7000 | Phone: (215) 540-8888 ext. 148 |
| Fax: (617) 213-7001 | Fax: (877) 788-2864 |
| Email: aschneiderman@hinshawlaw.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: September 18, 2013 | Date: September 18, 2013 |

BY THE COURT:

_____
　　　　　　　　　　J.

## Certificate of Service

I hereby certify that on this 18th day of September, 2013, a true and correct copy of the foregoing pleading was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Andrew M. Schneiderman, Esquire
>Hinshaw & Culbertson, LLP
>Email: aschneiderman@hinshawlaw.com

>*/s/ Craig Thor Kimmel*
>Craig Thor Kimmel, Esquire
>BBO# 662924
>Kimmel & Silverman, P.C.
>30 E. Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888 ext. 148
>Fax: (877) 788-2864
>Email: kimmel@creditlaw.com
>Attorney for the Plaintiff